Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

June 24, 2019

By ECF To:
The Honorable John G. Koeltl
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>McClain, et al. v. City of New York, et al.</u>, 18 Civ. 11836 (JGK) (OTW)

Dear Judge Koeltl:

  I am counsel for Plaintiffs in the above-captioned civil rights action, and write to inform the Court that a proposed Stipulation and Order of Compromise Concerning Infant A.W. (docket # 77) has been filed via ECF today along with Declaration of Counsel in support[1] (docket # 77-1) and the Declaration of Plaintiff Kamiesha McClain, as Mother and Next Friend of Infant A.W. in support (docket # 77-2).

  Should the Court "So Order" the proposed Stipulation and Order of Compromise as has been requested by the parties, if it pleases the Court I will then formally file the Rule 68 Offer, its acceptance, proof of service of the acceptance, and a proposed Rule 68 Judgment, and following the clerk's entry of the Rule 68 Judgment I will then file Plaintiffs' application for attorney's fees and costs.[2]

---

[1] Attached as **Exhibit 1** to the Declaration of Counsel is the Defendants' Rule 68 Offer of Judgment and the acceptance of same.

[2] I submitted my time and cost sheets to Defendants, and the parties have had discussions concerning same. It does not appear that the parties will be able to reach a settlement concerning the attorney's fees and costs.

I thank the Court for its consideration in this matter.

                                          Respectfully submitted,

                                                     /S/

                                          Jeffrey A. Rothman
                                          Counsel for Plaintiff